# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **JOSEPH S. GONCALVES, JR.** : | |
| **PETITIONER** : | Civil Action No. 3:24CV-00723-JHM |
| v. : | SENIOR JUDGE JOSEPH H. MCKINLEY, JR. |
| **J. DAVID GREEN, Warden EKCC** : | |
| **RESPONDENT** : | |

## ORDER

The above matter having been referred to the United States Magistrate Judge, who has filed her Report and Recommendation, and the Court having considered same as well as the objections filed by the Petitioner and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Petitioner's objections [34] are **overruled**. The Court adopts the Magistrate Judge's Report and Recommendation [31].

**IT IS FURTHER ORDERED** that the petition for writ of habeas corpus is **denied** and **dismissed**.

**IT IS FINALLY ORDERED** that a Certificate of Appealability is **denied**.

*[signature]*

Joseph H. McKinley Jr., Senior Judge
United States District Court

Copies to:  Joseph S. Goncalves, Jr., *pro se*
            Counsel of record

December 19, 2024